FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 0 1 2023

BY
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DAJORE J MARKS | ) JURY TRIAL DEMANDED |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| JAVITCH BLOCK LLC | ) |
|     Defendant, | ) |
| | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff DAJORE J MARKS as and for his complaint respectfully alleges:

### I. INTRODUCTION

1. This is an action brought by Plaintiff DAJORE J MARKS, an individual consumer, seeking actual, statutory damages, and costs against Defendant JAVITCH BLOCK LLC. (hereinafter "Javitch Block") for violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331 because the complaint alleges a federal claim and requires the resolution of substantial questions of

1

federal law. Venue is proper in that the Defendant transacts business in Beaumont, Texas and the conduct complained of occurred in Beaumont, Texas.

### III. PARTIES

3. Plaintiff DAJORE J MARKS is a natural person residing in Beaumont, Jefferson County, Texas. Plaintiff is a consumer as defined by the FDCPA, 15 U.S.C. §1692a(3).

4. Plaintiff Dajore Marks is allegedly obligated to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes.

5. Upon information and belief, Defendant Javitch Block has a principal place of business that is located at 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114 and is authorized to do business in the State of Texas, and the conduct complained of occurred in Beaumont, Texas.

6. Defendant Javitch Block is engaged in the collection of debt from consumers using the mails and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another. The alleged debt arose from a financial obligation that was primarily for personal, family, or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

7. Defendant Javitch Block, is a "debt collector" as defined by the FDCPA, 15 U.S.C § 1692a(6).

### IV. FACTS OF THE COMPLAINT

8. Plaintiff received a letter from Defendant Javitch Block, about a debt allegedly owed to SYNCHRONY BANK in the amount of $2019.03.

2

9. On or about October 17th, 2023, Plaintiff sent a letter to Defendant Javitch Block stating that email was the only convenient way to contact Plaintiff. The letter contained the Plaintiff's contact email.

10. The tracking number for this mailing is 9589 0710 5270 1424 2236 21.

11. On or about October 26th, 2023, Plaintiff received notice from USPS that his letter was received by Defendant Javitch Block.

12. On or about October 30th, 2023, Plaintiff received a letter in the mail from Defendant Javitch Block attempting to collect a debt. These actions constitute a willful violation of 15 U.S.C. § 1692c(a)(1) by Defendant Javitch Block after the Plaintiff sent communication via letter stating that Defendant could only contact Plaintiff via email. Violations thereto are documented by letters that are in the possession of Plaintiff.

## V. FIRST CLAIM FOR RELIEF
### 15 U.S.C § 1692c(a)(1)
### (Defendant: Javitch Block)

13. Plaintiff re-alleges and incorporates by reference paragraphs 1-12 above.

14. Defendant violated 15 U.S.C. § 1692c(a)(1) by communicating with Plaintiff via letter after receiving written notice that Plaintiff could only be contacted via email.

15. Defendant caused injury in fact, by causing, among other things, mental and emotional distress, invasion of personal privacy, and other injuries and damages to Plaintiff.

16. Defendants's conduct was negligent and/or willful.

17. Plaintiff is entitled to recover actual damages pursuant to 15 U.S.C. § 1692k(a)(1). Alternatively, Plaintiff is entitled to statutory damages and other costs pursuant to 15 U.S.C. § 1692k(2)(A)(3).

18.     Alternatively, Plaintiff is entitled to statutory damages and other costs pursuant to 15 U.S.C. § 1692k(2)(A)(3).

### VI.   JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff DAJORE J MARKS respectfully requests an jury trial and requests that judgment be entered in favor of Plaintiff and against the Defendant Javitch Block for:

a   Judgment for the violations occurred for violating the FDCPA.

b   Actual damages pursuant to 15 U.S.C § 1692k(a)(1).

c   Statutory damages pursuant to 15 U.S.C § 1692k(2)(A).

d   Cost pursuant to 15 U.S.C 1692k(3);

e   For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Dated: December 4th, 2023
DAJORE J MARKS
3760 Broadmoor Drive
Beaumont, TX 77707
Email: dmarks2011grad@gmail.com
Phone: (409)466-0673

*Dajore J Marks*

4

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DAJORE J MARKS

## DEFENDANTS
JAVITCH BLOCK LLC

**(b)** County of Residence of First Listed Plaintiff: **Jefferson**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692 (FDCPA)
Brief description of cause:
Illegal communication by a debt collector

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____        SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____