# EXHIBIT 2

**Mail this form to:**
Javitch Block LLC
1100 Superior Avenue
Cleveland, OH 44114-2521


Dajore Marks
3760 Broadmoor Dr
Beaumont, Tx 77707-2420

### How do you want to respond?
*Check all that apply*

☐ I want to dispute the debt because I think:

　　☐ This is not my debt

　　☐ The amount is wrong.

　　☒ Other (please describe on reverse or attach additional information).

☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount: $ _____

Make your check payable to *Javitch Block LLC*. Include the reference number 2075089

☐ Quiero este formulario en español

*Q---2075089DMD-1-*

Javitch, Block LLC
Mailroom Scan
OCT 27 2023
Processed By
Station #4

October 17 2023

Javitch Block LLC
1100 Superior Avenue
Cleveland, OH 44114-2521

I am disputing the alleged debt owed to Javitch Block LLC. I need validation of the debt. The only convient way to contact me is via email.

2019.03

Dajore J Marks
3760 Broadmoor Dr
Beaumont, TX 77707

dmarks2011grad@gmail.com