IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAJORE J. MARKS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-431-MJT-CLS |
| | § | |
| JAVITCH BLOCK LLC, | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting the Recommendation of the United States Magistrate Judge, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed with prejudice. The clerk of the court is directed to CLOSE this case. All pending motions are hereby denied as moot.

THIS IS A FINAL JUDGMENT.

**SIGNED this 14th day of March, 2024.**

Michael J. Truncale
United States District Judge