IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES ROY COOKSEY, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No: 1:23-CV-341-MJT-CLS |
| PORT ARTHUR POLICE DEPARTMENT, et al., | § § § § | |
| *Defendants.* | § § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order Adopting the Recommendation of the United States Magistrate Judge, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed with prejudice. The clerk of the court is directed to CLOSE this case. All pending motions are hereby denied as moot.

THIS IS A FINAL JUDGMENT.

**SIGNED this 19th day of March, 2024.**

Michael J. Truncale
United States District Judge